JOSEPH B. STRUM, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Argued November 13, 1950; decided December 1, 1950.

*Benjamin M. Zelman* and *Joshua J. Nasaw* for appellant.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *Morris Weissberg* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.